UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 6 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

STEPHEN SHEFFIELD, )
)
Plaintiff, )
)
v. ) Civil Action No. **12 1602**
)
UNITED STATES CRACK COCAINE )
FAIR SENTENCING ACT, ETC., ALL )
DEFENDANTS, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed

*in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint

will be dismissed.

Plaintiff, who is serving a four-year sentence of imprisonment imposed by the Superior

Court of the District of Columbia on his conviction of possession of crack cocaine, seeks a

reduction in the sentence. The Court has no authority to review a Superior Court judge's ruling,

*see Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, 1994 WL 474995

(D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995), and the Court will dismiss this action for

lack of subject matter jurisdiction.

An Order is issued separately.

DATE: 9/18/12

_____
United States District Judge



3